No. 6324.

STATE EX REL. N. Y. GUARANTY & INDEMNITY COMPANY VS. THE BOARD OF LIQUIDATION.

The Board of Liquidation is prohibited from funding any bond, contained in the list of suspected bonds set out in the Act of 1875, until the holder has presented to the Board a decree of the Supreme Court of this State establishing the validity and legality of such bond.

An inferior court cannot rightfully command the Board to fund any bond on that list, because the Board is under legal prohibition, *quoad* funding those bonds, until a decree of the Supreme Court is presented to it.

APPEAL from the Superior District Court of New Orleans. HAWKINS, J.

*Kennard, Howe, & Prentiss* for Relator. *Egan*, Assistant Attorney-General, for Respondent.

MANNING, C. J. The relator applied to the respondent to fund two hundred and fifty bonds of one hundred dollars each of the series, designated as the Mississippi and Mexican Gulf Ship Canal bonds, issued under the Act of March 8th, 1869. The respondent refused because these bonds are among those declared doubtful by Act of May 17, 1875.

The ruling in State ex rel. Ex. Bank *v.* Bd. Liq., 29 La. Ann. 264, was applied.

DE BLANC, J., dissenting.

*Judgment affirmed.*